## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Darrel Dee Ryland
Attorney at Law
P.O. Box 1469
Marksville LA 71351

Joseph Blaise Treuting
Attorney at Law
115 West Mark Street
Marksville LA 71351-0000

Danika A. Benjamin
Attorney at Law
P. O. Drawer 1469
Marksville LA 71351

Wesley Kyle Elmer
Attorney at Law
P. O. Drawer 1469
Marksville LA 71351

### REHEARING ACTION: February 4, 2009

**Docket Number: 08  01122-CW**

**JOSEPH RYDER, ET UX**
**VERSUS**
**SAFEWAY INSURANCE COMPANY**
**OF LOUISIANA, ET AL.**

**Writ Application from Avoyelles Parish Case No. 2007-0927**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Oswald A. Decuir**
> **Hon. Michael G. Sullivan**
> **Hon. Elizabeth A. Pickett**
> **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joseph Ryder, et ux** has this day been

> **DENIED.**
> Cooks, J., would grant.
> Gremillion, J., would grant.

cc: Keith Michael Borne, Counsel for the Respondent
    Russell L. Potter, Counsel for the Applicant
    Andrew Parker Texada, Counsel for the Applicant
    Gregory John Laborde, Counsel for the Respondent